**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-2051

ASHLAND D. FORTUNE,

Plaintiff - Appellant,

versus

TOWN OF LOUISA; DONALD S. GALLIHUGH; GREGORY
H. FERGUSON; KIMBERLY SPROUSE, the Adminis-
tratrix of the Estate of Henry Kennon,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville. Norman K. Moon, District
Judge. (CA-00-42-3)

Submitted: January 22, 2002          Decided: February 4, 2002

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Philip S. Marstiller, PHILLIP S. MARSTILLER, P.C., Richmond, Vir-
ginia, for Appellant.  Anton J. Stelly, William S. Smithers, Jr.,
THOMPSON, SMITHERS, NEWMAN, WADE & CHILDRESS, Richmond, Virginia;
William F. Etherington, BEALE, BALFOUR, DAVIDSON & ETHERINGTON,
P.C., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ashland D. Fortune appeals from the district court's orders granting Defendants' motion for summary judgment and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Fortune v. Town of Louisa, No. CA-00-42-3 (W.D. Va. July 18 & Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2